**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| Cherie A. Oberle | : | JUDGE C. Kathryn Preston |
| | : | CHAPTER 13 |
| Debtor(s) | : | CASE NO: 13-53494 |

**NOTICE OF ADDRESS CHANGE**

Now comes Debtor(s), Cherie A. Oberle, by and through counsel and hereby changes his/her/their address to be 1555 Worthington Row Drive, Columbus, OH 43235.

Respectfully submitted,

/s/ Robert D. Bergman
**Robert D. Bergman (#0001475)**
Attorney for Debtor(s)
3099 Sullivant Avenue
Columbus, OH 43204
Phone: 614-279-8276
Fax: 614-308-0613
bankruptcy@byattorneys.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing document has been duly served upon the parties listed below electronically through the Court's ECF system at the e-mail address registered with the Court today, January 19, 2015**.**

/s/ Robert D. Bergman
**Robert D. Bergman (#0001475**)
Attorney for Debtor(s)

**Parties Served Electronically:**

U.S. Trustee
Chapter 13 Trustee, Frank M. Pees